## STATE OF HAWAII *v.* CLARENCE N. S. SHAK.

### Nos. 4804, 4805, 4806, 4808 & 4823.

MARCH 25, 1970.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND CIRCUIT JUDGE HAWKINS FOR KOBAYASHI, J., DISQUALIFIED.

*Per Curiam.* The petitions for rehearing are denied without argument. Justices Marumoto and Levinson, who dissented from the majority in the opinion, do not concur.

*Clarence N. S. Shak,* defendant-appellant in person, *Richard P. Schulze, Jr.* and *Edward R. Bendet* for amicus curiae American Civil Liberties Union of Hawaii for the petitions.